UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**W.W.,**

        **Plaintiff,**

v.                                                                     Case No.  **6:23-cv-483-CEM-LHP**

**ORLANDO HEALTH MEDICAL
GROUP, INC.,**

        **Defendant.**
                                              /

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review of the file. Plaintiff was required to timely file her Notice of Pendency of Other Actions and Disclosure Statement. (Initial Order, Doc. 5, at 1–2). Plaintiff was also warned that failure to comply with any Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action without further notice. (Notice to Counsel and Parties, Doc. 6). Plaintiff has failed to comply,[1] and the time to do so has passed. Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this file.

---

[1] Plaintiff filed her Disclosure Statement (Doc. 10) but failed to file her Notice of Pendency of Other Actions.

**DONE** and **ORDERED** in Orlando, Florida on April 12, 2023.



Copies furnished to:

Counsel of Record